1  Amy J. Gittler (State Bar No. 004977)
   Monica M. Ryden (State Bar No. 023986)
2  **JACKSON LEWIS P.C.**
3  2111 East Highland Avenue, Suite B-250
   Phoenix, AZ  85016
4  Telephone: (602) 714-7044
   Facsimile: (602) 714-7045
5  Amy.Gittler@jacksonlewis.com
6  Monica.Ryden@jacksonlewis.com

7  Attorneys for Defendant American Express

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF ARIZONA

10 | Brooke Collins,                        | Case No.:
11 |
12 |          Plaintiff,                    | **NOTICE OF REMOVAL**
13 | vs.
14 | American Express; Stay Well Health Management,
15 |
16 |          Defendants.

17 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

18        Pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441(a),(b) and 1446 and Local
19 Rule 3.6 of the Rules of Practice of the District Court for the District of Arizona,
20 Defendant American Express Travel Related Services Company, Inc. ("American
21 Express") hereby removes this Action to U.S. District for the District of Arizona on the
22 following grounds:
23        1.      Plaintiff Brooke Collins ("Plaintiff") filed this civil action in the Arizona
24 Superior Court, Maricopa County, Case No. CV2019-052593, with the above caption
25 on January 29, 2019.
26        2.      Plaintiff mailed the Civil Cover Sheet, Civil Complaint, Summons, and
27 Plaintiff's Demand for Jury Trial to American Express on February 19, 2019.
28        3.      Pursuant to Local Rule 3.6, the following documents are attached as

1  **Exhibits A – G** and constitute a complete copy of the file in Arizona Superior Court,
2  Maricopa County file number CV2019-052593:

3        A.    Civil Complaint (filed January 29, 2019);
4        B.    Civil Coversheet (filed January 29, 2019);
5        C.    Application Deferral/Waiver (filed on January 29, 2019);
6        D.    Affidavit in Support of Application for Deferral or Waiver of
7                Service Process Costs (filed on January 29, 2019);
8        E.    Order Deferring Court Fees (issued January 29, 2019);
9        F.    Summons (issued January 29, 2019); and
10       G.    Plaintiff's Demand for Jury Trial (filed on January 29, 2019).

11      4.    Pursuant to Local Rule 3.6, the undersigned counsel for American
12  Express avows that, to the best of her knowledge and belief, the documents attached as
13  **Exhibits A – G** to this Notice of Removal are true and complete copies of all pleadings
14  and other documents filed in the State Court proceeding.

15      5.    In her Complaint, Plaintiff alleges employment discrimination and unpaid
16  overtime wages. Plaintiff references her Charge of Discrimination filed with the
17  Arizona Attorney General's Office, Civil Rights Division and EEOC, alleging
18  violations of state and federal law, including Title VII of the Civil Rights Act of 1964,
19  42 U.S.C. §§ 2000e, *et seq.*, as amended. On information and belief, the reference to
20  overtime wages is also under federal law, the Fair Labor Standards Act, 29 U.S.C. §§
21  203, *et seq.*

22      6.    Plaintiff alleges damages in the amount of $300,000. (Complaint, Ex. A)

23      7.    American Express Travel Related Services Company, Inc., is
24  incorporated under the laws of New York, and its principal place of business is in New
25  York City, New York. On information and belief, defendant StayWell Health
26  Management, which has not been served, is not a resident of Arizona. Therefore, there
27  is complete diversity as a separate basis for removal.

28

8. This notice is being filed within thirty (30) days of receipt by American Express of the Summons and Complaint. Thus, this notice is timely filed under 28 U.S.C. § 1446(b). To date, American Express is the only defendant served in this action.

9. This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 because the action involves the interpretation of a federal law and is removed under 28 U.S.C. § 1441. The Court also has jurisdiction based on diversity of American Express under 28 U.S.C. § 1332 and 28 U.S.C. § 1441. The Court has supplemental jurisdiction over plaintiff's state law claims, if any, under 28 U.S.C. § 1367.

10. Contemporaneously with this filing, Defendant is also filing a Notice of Filing of Removal with the Clerk of the Superior Court, Maricopa County, a copy of which is attached as **Exhibit H**. Defendant has on this date given written notice of this filing to Plaintiff pursuant to 28 U.S.C. § 1446 and Local Rule 3.6.

11. Venue lies in the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1441(a) and 1391(a) because the action was filed in this district and this is the judicial district in which the alleged events giving rise to the claims occurred.

For the foregoing reasons, American Express respectfully requests that this action be removed from the Arizona Superior Court, Maricopa County, to the United States District Court, District of Arizona.

Dated March 19, 2019.

JACKSON LEWIS P.C.

By: */s/ Amy J. Gittler*
    Amy J. Gittler
    Monica M. Ryden
    Attorneys for Defendant American Express

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a copy by U.S. mail and email to the plaintiff at the following address:

Brooke Collins
20100 N. 78th Place, Unit 1203
Scottsdale, AZ 85255
Brooke.Nichole.Collins@gmail.com
Plaintiff Pro Se

By: */s/ Amalia Tafoya*

4839-7344-4489, v. 5

4