# EXHIBIT A

Person Filing: BROOKE COLLINS
Address (if not protected): 20100 N 78TH PL UNIT 1203
City, State, Zip Code: SCOTTSDALE, AZ 85255
Telephone: (250) 610-7531
Email Address: BROOKE.NICHOLE.COLLINS@GMAIL
Lawyer's Bar Number: __

COPY

JAN 2 9 2019

COURT SEAL

CLERK OF THE SUPERIOR COURT
G. RAMIREZ
DEPUTY CLERK

Representing ☐ Self, without a Lawyer  or  ☐ Attorney for ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

CV2019-052593

BROOKE COLLINS
Name of Plaintiff

Case Number: _____

Title:  **CIVIL COMPLAINT**

AMERICAN EXPRESS/STAYWELL HEALTH
Name of Defendant

_____

_____

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

### JURISDICTION and VENUE

1.  Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☑ The value of this case exceeds $10,000 dollars.

    ☐ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☑ The Plaintiff resides in Maricopa County.

    ☐ The Defendant resides in Maricopa County.

    ☑ The Defendant does business in Maricopa County.

    ☑ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

    _____

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

☐ Tier 1 = Actions claiming $50,000 or less in damages.

☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

     OR  Actions claiming nonmonetary relief.

☑ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is _BROOKE COLLINS_

4. The Defendant in this case is _AMERICAN EXPRESS and STAYWELL HEALTH MANAGEMENT_

## STATEMENT OF FACTS AND BREACH

5. _EMPLOYMENT DISCRIMMINATION — RACE (EXHIBIT #1)_

6. _EMPLOYMENT DISPUTE — UNPAID OVER-TIME WAGES_

7. _NOTICE OF RIGHT TO SUE (EXHIBIT #2)_

8. _____

9. _____

Case Number: _____

10. _____

_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(    ) PLEASE REFER TO CIVIL RIGHTS CASE:
CRD#: PI8-0048    EEOC#: 35A-2018-00221

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(    ) _____

_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(    ) PLEASE REFER TO CIVIL RIGHTS CASE:
CRD#: PI8-0048    EEOC#: 35A-2018-00221

Case Number: _____

( ) _____
  _____

( ) _____
  _____

( ) _____
  _____

( ) _____
  _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( ) PLEASE REFER TO CIVIL RIGHTS CASE:
  CRD#: A8 - 0048    EEOC#: 35A - 2018 - 00221

( ) _____
  ― TBD ―

( ) _____
  _____

( ) _____
  _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this 1/25/19 .
*(Date of signature)*

*Brooke Colins*
*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

EXHIBIT #1

# CHARGE OF DISCRIMINATION
Page 1 of 2

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ FEPA | P 18-0048 |
| ☐ EEOC | 35A-2018-00221 |

## Arizona Attorney General's Office, Civil Rights Division and EEOC
State or Local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | | HOME TELEPHONE NO. (Include Area Code) |
|---|---|---|
| Brooke N. Collins | FEB 6 2018 | 251-610-7531 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 20100 North 78th Place, CIVIL RIGHTS DIVISION | Scottsdale, AZ. 85255 | 01/01/82 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICE SHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. (If more than one, list below.)

| NAME | NUMBER OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| American Express | Cat. A | 623-492-3344 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 20022 North 31st Avenue | Phoenix, AZ. 85027 | Maricopa County |

| NAME | | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| Stay Well Health Management | | 651-454-3577 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 3000 Ames Crossing Road, Ste., 100 | St. Paul, MN, 55121 | Ramsey County |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☐ AGE
☐ RETALIATION  ☐ DISABILITY  ☐ GENETIC TEST RESULTS  ☐ OTHER (Specify)

| DATE DISCRIMINATION TOOK PLACE | |
|---|---|
| EARLIEST (ADEA/EPA) | LATEST (ALL) |
| 3/31/2017 | 11/17/2017 |
| ☐ Continuing Action | |

EXPLAIN THE PARTICULARS OF WHAT TOOK PLACE (If additional space is needed, attach extra sheet(s))

**I.    PERSONAL HARM:** I was subjected to differential treatment and subsequently terminated.

**II.    RESPONDENTS REASON FOR ADVERSE ACTION:** Campus was under performing.

**III.    DISCRIMINATION STATEMENT:** I believe Respondent discriminated against me because of my Race, Black, in violation of the Arizona Civil Rights Act, as amended, and Title VII of the Civil Rights Act of 1964, as amended. The particulars are:

A.    On or about March 6, 2017, I began my employment with Respondent as an Onsite Program Manager. My work performance was always been satisfactory.

B.    On or about March 27, 2017, Andrew Rand (White) part-time employee Coordinator overheard a private conversation I was having and informed Respondent that I made inappropriate and negative comments about him, which I dispute. On March 31, 2017, I was written up because of Rand's report. I did not sign the write up. On or about June 15, 2017, I was given my 90 Day Performance Evaluation which was satisfactory.

C.    Throughout my employment, Rand created issues which constantly required me to address the situation. Director Melissa Voigt (White) and Vice President of Human Resources Cynthia Mollet (White) always accepted Rand's version. For example, I requested a door which was locked all the time to remain open to allow me more client appointments which would improve my performance numbers. The door was unlocked for a period of time, but in October 2017, because Rand didn't think the door should remain open, convinced Respondent to lock the door.

D.    On or about November 14, 2017, Rand accused me of stealing and missing inventory. Rand has always been rude, demeaning and dismissive of me.

E.    On or about November 17, 2017, Ms. Voight and Supervisor Kris Ann Calhoun (White) informed me I

| I want this charge filed with both the EEOC and the state or local agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my complaint in accordance with their procedures. | Signature of Complainant and Date: Brooke Collins 2/16/18 |
|---|---|
| I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, Day, Year) 2-16-18 |

MARK R THOMA
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
May 8, 2018

6832582/Collins/Emp-Amended

(1 of 2)

**CHARGE OF DISCRIMINATION**, Page 2 of 2.
This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

P18-8648
CHARGE NUMBER
35A-2018-00221

## Arizona Attorney General's Office, Civil Rights Division and EEOC

CASE NAME:    Brooke N. Collins v. American Express & Stay Well Health Management

was being terminated because the campus was underperforming. Rand, who was also responsible for performance measures at the campus was not terminated.

F.    I believe and therefore allege that Respondent issued me a write up and terminated me because of my race, Black.

---

I want this charge filed with both the EEOC and the state or local agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my complaint in accordance with their procedures.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Signature of Complainant and Date:

*Brooke Collins*    2/16/18

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, Day, Year)

2·16·18

MARK R THOMA
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
May 8, 2018

6832582/Collins/Emp-Am

**CHARGE OF DISCRIMINATION**, Page 2 of 2.

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

P18-0048

CHARGE NUMBER

35A-2018-00221

## Arizona Attorney General's Office, Civil Rights Division and EEOC

CASE NAME:    Brooke N. Collins v. American Express & Stay Well Health Management

was being terminated because the campus was underperforming. Rand, who was also responsible for performance measures at the campus was not terminated.

F.    I believe and therefore allege that Respondent issued me a write up and terminated me because of my race, Black.

I want this charge filed with both the EEOC and the state or local agency, if any. I will advise the agencies if I change any address or telephone number and I will cooperate fully with them in the processing of my complaint in accordance with their procedures.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Signature of Complainant and Date:

Brooke Collins    2/16/18

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, Day, Year)

2·16·18

5832582/Collins/Emp-Ar...

MARK R THOMA
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
May 8, 2018

( 2 of 2 )

EXHIBIT #2



## OFFICE OF THE ARIZONA ATTORNEY GENERAL

### CIVIL LITIGATION DIVISION
### DIVISION OF CIVIL RIGHTS SECTION

**MARK BRNOVICH**
**ATTORNEY GENERAL**

REBEKAH BROWDER
ANGELINA NGUYEN
CHIEF COUNSEL

## NOTICE OF RIGHT TO SUE

_Brooke Collins_          v.          _American Express_

CRD No.:  P18-0048          EEOC No.: 35A-2018-00221

On 2/6/2018, you filed a charge with the Division of Civil Rights Section alleging employment discrimination. Arizona law provides that you may bring a civil action in Superior Court of the county where the alleged discriminatory action took place. Should you decide to file a civil action, you must do so **within 90 days** of the date you receive this Notice or **within one year** of the date you filed the charge, **whichever comes first.** A.R.S. 41-1481(D.)

This Notice of Right to Sue letter is being issued because:

this office has made a final determination or has otherwise completed its processing of your charge and will be taking no further action.

If you have any questions concerning this notice, please contact us at 602-542-5263 or toll free at 1-877-491-5742. If you need legal assistance, you should seek the advice of an attorney.

BY:

Stephen Scott, Compliance Manager

Sent by regular mail this 3 day of November 2018

Cc: Christine I. Edwards

#4505184

2005 NORTH CENTRAL AVENUE, PHOENIX, AZ 85004 • 602.542.5263
400 WEST CONGRESS, SOUTH BUILDING, SUITE S-215, TUCSON, AZ 85701 • 520.628.6500
WWW.AZAG.GOV

EXHIBIT B

In the Superior Court of the State of Arizona

In and For the County of MARICOPA

Case Number CV2019-052593

Is Interpreter Needed? ☐ Yes ☑ No

If yes, what language(s): JAN 2 9 2019

COPY

CLERK OF THE SUPERIOR COURT
G. RAMIREZ
DEPUTY CLERK

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney _____

Attorney Bar Number _____

Plaintiff's Name(s): (List all)    Plaintiff's Address:    Phone #:    Email Address:

BROOKE COLLINS    20100 N 78th PL UNIT 1203    (251)610.7531    BROOKE.NICHOLE.COLLI
GMAIL.COM

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

AMERICAN EXPRESS - 20022 NORTH 31st Avenue, PHOENIX, AZ 85027
STAYWELL HEALTH MANAGEMENT - 300 AMES CROSSING RD STE 100
ST. PAUL, MN 55121

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an "X" next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $_____    ☐ Tier 1    ☐ Tier 2    ☒ Tier 3

## NATURE OF ACTION

Place an "X" next to the **one** case category that most accurately describes your primary case. Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected as indicated above.

## 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury\*    ☐ 102 Property Damage\*
                                      ☐ 103 Wrongful Death\*

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f – 010119

Case No._____

## 110 TORT NON-MOTOR VEHICLE:

- [ ] 111 Negligence*
- [ ] 112 Product Liability – Asbestos*
- [ ] 112 Product Liability – Tobacco*
- [ ] 112 Product Liability – Toxic/Other*
- [ ] 113 Intentional Tort*
- [ ] 114 Property Damage*
- [ ] 115 Legal Malpractice*
- [ ] 115 Malpractice – Other professional*
- [ ] 117 Premises Liability*
- [ ] 118 Slander/Libel/Defamation*
- [ ] 116 Other (Specify) _____*

## 120 MEDICAL MALPRACTICE:

- [ ] 121 Physician M.D.*
- [ ] 122 Physician D.O*
- [ ] 123 Hospital*
- [ ] 124 Other*

## 130 & 197 CONTRACTS:

- [ ] 131 Account (Open or Stated)*
- [ ] 132 Promissory Note*
- [ ] 133 Foreclosure*
- [ ] 138 Buyer-Plaintiff*
- [ ] 139 Fraud*
- [ ] 134 Other Contract (i.e. Breach of Contract)*
- [ ] 135 Excess Proceeds-Sale*
- [ ] Construction Defects (Residential/Commercial)*
  - [ ] 136 Six to Nineteen Structures*
  - [ ] 137 Twenty or More Structures*
- [ ] 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- [ ] 156 Eminent Domain/Condemnation*
- [ ] 151 Eviction Actions (Forcible and Special Detainers)*
- [ ] 152 Change of Name
- [ ] 153 Transcript of Judgment
- [ ] 154 Foreign Judgment

- [ ] 158 Quiet Title*
- [ ] 160 Forfeiture*
- [ ] 175 Election Challenge
- [ ] 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- [ ] 180 Injunction against Workplace Harassment
- [ ] 181 Injunction against Harassment
- [ ] 182 Civil Penalty
- [ ] 186 Water Rights (Not General Stream Adjudication)*
- [ ] 187 Real Property*
- [ ] Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- [ ] Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)
- [ ] 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax
  Court)
- [ ] 155 Declaratory Judgment
- [ ] 157 Habeas Corpus
- [ ] 184 Landlord Tenant Dispute – Other*
- [ ] 190 Declaration of Factual Innocence (A.R.S. §12-771)
- [ ] 191 Declaration of Factual Improper Party Status
- [ ] 193 Vulnerable Adult (A.R.S. §46-451)*
- [ ] 165 Tribal Judgment
- [ ] 167 Structured Settlement (A.R.S. §12-2901)
- [ ] 169 Attorney Conservatorships (State Bar)
- [ ] 170 Unauthorized Practice of Law (State Bar)
- [ ] 171 Out-of-State Deposition for Foreign Jurisdiction
- [ ] 172 Secure Attendance of Prisoner
- [ ] 173 Assurance of Discontinuance
- [ ] 174 In-State Deposition for Foreign Jurisdiction
- [ ] 176 Eminent Domain– Light Rail Only*
- [ ] 177 Interpleader– Automobile Only*
- [ ] 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- [ ] 183 Employment Dispute- Discrimination*

Case No._____

## 110 TORT NON-MOTOR VEHICLE:

- ☐ 111 Negligence*
- ☐ 112 Product Liability – Asbestos*
- ☐ 112 Product Liability – Tobacco*
- ☐ 112 Product Liability – Toxic/Other*
- ☐ 113 Intentional Tort*
- ☐ 114 Property Damage*
- ☐ 115 Legal Malpractice*
- ☐ 115 Malpractice – Other professional*
- ☐ 117 Premises Liability*
- ☐ 118 Slander/Libel/Defamation*
- ☐ 116 Other (Specify) _____ *

## 120 MEDICAL MALPRACTICE:

- ☐ 121 Physician M.D.*      ☐ 123 Hospital*
- ☐ 122 Physician D.O.*      ☐ 124 Other*

## 130 & 197 CONTRACTS:

- ☐ 131 Account (Open or Stated)*
- ☐ 132 Promissory Note*
- ☐ 133 Foreclosure*
- ☐ 138 Buyer-Plaintiff*
- ☐ 139 Fraud*
- ☐ 134 Other Contract (i.e. Breach of Contract)*
- ☐ 135 Excess Proceeds-Sale*
- ☐ Construction Defects (Residential/Commercial)*
  - ☐ 136 Six to Nineteen Structures*
  - ☐ 137 Twenty or More Structures*
- ☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation*
- ☐ 151 Eviction Actions (Forcible and Special Detainers)*
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment

- ☐ 158 Quiet Title*
- ☐ 160 Forfeiture*
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)*
- ☐ 187 Real Property *
- ☐ Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute – Other*
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)*
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain– Light Rail Only*
- ☐ 177 Interpleader– Automobile Only*
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute- Discrimination*

Case No._____

☒ 185 Employment Dispute-Other*
☐ 196 Verified Rule 45.2 Petition
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate

☒ 163 Other* DISCRIMINATION     OVERTIME
(Specify)     WAGES

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order     ☐ Provisional Remedy     ☐ OSC     ☐ Election Challenge

☐ Employer Sanction     ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

EXHIBIT C

Person Filing: BROOKE COLLINS
Address (if not protected): 20100 N 78th PL UNIT 1203
City, State, Zip Code: SCOTTSDALE, AZ 85255
Telephone: (251) 610.7531
Email Address: BROOKE.NICHOLE.COLLINS@GMAIL.COM
Lawyer's Bar Number: ____

Representing  [ ] Self, without a Lawyer  or  [ ] Attorney for  [ ] Petitioner  OR  [ ] Respondent

CHRIS DeROSE, CLERK
BY _____ DEP
G. RAMIREZ, FILED
2019 JAN 29 PM 3:52
For Clerk's Use Only

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

BROOKE COLLINS
**Name of Petitioner/Plaintiff**

AMERICAN EXPRESS/STAYWELL HEALTH
**Name of Respondent/Defendant**

Case Number: CV2019-052593

**APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES OR COSTS AND CONSENT TO ENTRY OF JUDGMENT**

STATE OF ARIZONA      )
                      )ss.
COUNTY OF MARICOPA    )

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

I am requesting a deferral or waiver of all fees including: filing a case, issuance of a summons or subpoena, the cost of attendance at an educational program required by A.R.S. § 25-352, one certified copy of a temporary order in a family law case, one certified copy of the court's final order, preparation of the record on appeal, court reporter's fees of reporters or transcribers, service of process costs, and/or service by publication costs. (I have completed the separate Supplemental Information form if I am asking for service of process costs, or service by publication costs.) I understand that if I request deferral or waiver because I am a participant in a government assistance program, I am required to provide proof at the time of filing. The document(s) submitted must show my name as the recipient of the benefit and the name of the agency awarding the benefit. **Note. All other applicants must complete the financial questionnaire beginning at section 3. If you are a participant in one of the programs in section 1 or 2 (below), you do not need to complete the financial questionnaire, and can proceed to the signature page.**

1.  [ ] **DEFERRAL:** I receive government assistance from the state or federal program marked below or am represented by a not for profit legal aid program:

    [ ] Temporary Assistance to Needy Families (TANF)
    [ ] Food Stamps
    [ ] Legal Aid Services

2.  [ ] **WAIVER:**

    [ ] I receive government assistance from the federal Supplemental Security Income (SSI) program.

Case Number: _____

3. **FINANCIAL QUESTIONNAIRE**
   **SUPPORT RESPONSIBILITIES.** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

   **NAME**                                              **RELATIONSHIP**

   _____          _____
   _____          _____
   _____          _____

**STATEMENT OF INCOME AND EXPENSES**

Employer name: SCOTTSDAVE UNIFIED SCHOOL DISTRICT (Temporary)
Employer phone number: _____
[✓] I am unemployed (explain): UNDER EMPLOYED : 3 MONTH CONTRACT - COPPER RIDGE GIRLS' BASKETBALL COACH ( JAN - MAR 2019 )
My prior year's gross income:                                          $ n/a

**MONTHLY INCOME**

   My total monthly gross income:                                     $ 700.00
   My spouse's monthly gross income (if available to me):  $ _____
   Other current monthly income, including spousal maintenance/support,
   retirement, rental, interest, pensions, and lottery winnings:  $ _____

   **TOTAL MONTHLY INCOME**                                     $ 700.00

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ 975.00 | $ |
| Car payment | $ | $ |
| Credit card payments | $ 25 | $ 688.17 |
| Explain: | | |
| Other payments & debts | $ | $ |
| Household | $ 280 | |
| Utilities/Telephone/Cable | $ 175 | |
| Medical/Dental/Drugs | $ | |
| Health insurance | $ | |
| Nursing care | $ | |
| Tuition | $ | |
| Child support | $ | |
| Child care | $ | |
| Spousal maintenance | $ | |
| Car insurance | $ 90 | |
| Transportation | $ 125 | |
| Other expenses (explain) | $ | |

**TOTAL MONTHLY EXPENSES**                                    $ 1,670

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f - 060115
Use current version

Case Number: _____

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty.

| | ESTIMATED VALUE |
|---|---|
| Cash and bank accounts | $_____0_____ |
| Credit union accounts | $____—0—____ |
| Other liquid assets | $___—0—___ |
| **TOTAL ASSETS** | $_____0_____ |

**The basis for the request is:**

4. [X] **DEFERRAL:**

   A. [X] My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court. My gross income as computed on a monthly basis is 150% or less of the current federal poverty level. (Note: Gross monthly income includes your share of community property income if available to you.)

   **OR**

   B. [ ] I do not have the money to pay court filing fees and/or costs now. I can pay the filing fees and/or costs at a later date. **Explain.**

   _____

   _____

   **OR**

   C. [ ] My income is greater than 150% of the poverty level, but have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that reduce my gross monthly income to 150% or below the poverty level.

| DESCRIPTION OF EXPENSES | AMOUNT |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |
| **TOTAL EXTRAORDINARY EXPENSES** | $_____ |

5. [ ] **WAIVER:**

   I am permanently unable to pay. My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and are unlikely to change in the foreseeable future.

---

**IMPORTANT**

This *"Application for Deferral or Waiver of Court Fees or Costs"* includes a *"Consent to Entry of Judgment."* By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment. At the conclusion of the case you will receive a *Notice of Court Fees and Costs Due* indicating how much is owed and what steps you must take to avoid a judgment against you if you are still participating in a qualifying program. You may be ordered to repay any amounts that were waived if the court finds you were not eligible for the fee deferral or waiver. If your case is dismissed for any reason, the fees and costs are still due.

---

Case Number: _____

**CONSENT TO ENTRY OF JUDGMENT.** By signing this Application, I agree that a judgment may be entered against me for all fees or costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment.

## OATH OR AFFIRMATION

I declare under penalty of perjury that the foregoing is true and correct.

1·25·19
Date

Signature

BROOKE COLLINS
Applicant's Printed Name

JEFF FINE, CLERK

JAN 29 2019

Date

Judicial Officer, Deputy Clerk or Notary Public
G. Ramirez

My Commission Expires/Seal:

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

Page 4 of 4

GNF11f - 060115
Use current version

# EXHIBIT D

Person Filing: BROOKE COLLINS
Address (if not protected): 20100 N 78th PL UNIT 1203
City, State, Zip Code: SCOTTSDALE, AZ 85255
Telephone: (251) 610-7531
Email Address: BROOKE.NICHOLE.COLLINS@GMAIL
Lawyer's Bar Number:

CHRIS DEROSE, CLERK
BY [signature] DEP
G. RAMIREZ, FILED
2019 JAN 29  PM 3:53

Representing [ ] Self, without a Lawyer  or  [ ] Attorney for  [ ] Petitioner  OR  [ ] Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

CV2019-052593

BROOKE COLLINS
**Name of Petitioner/Plaintiff**

AMERICAN EXPRESS / STAY WELL
**Name of Respondent/Defendant**

Case Number: _____

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFERRAL OR WAIVER OF SERVICE OF PROCESS FEES**

STATE OF ARIZONA           )
COUNTY OF MARICOPA    ) ss.

---

**NOTE: FILL OUT THIS FORM ONLY IF YOU REQUESTED DEFERRAL OR WAIVER OF SERVICE COSTS IN THE APPLICATION. YOU MUST HAVE ATTEMPTED PERSONAL SERVICE OR HAVE A VALID REASON FOR NOT DOING SO. SERVICE BY PUBLICATION IS USED AS A LAST RESORT.**

---

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

**I have requested a deferral or waiver of the following fees in my case:**

[✓] **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency:** In support of my request, I state that (check and complete any that apply):

    [ ] I have attempted to obtain voluntary acceptance of service of process without success on the person to be served.

    [ ] It would be useless or dangerous for me to try to obtain voluntary acceptance of service by the person to be served because (explain):

    _____

    _____

    [ ] An enforceable injunction against harassment has been granted to me against the person to be served.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 2

GNF21f - 090114
Use current version

Case Number: _____

[ ] **Fees for publication:** In support of my request, I state that I have attempted to locate the person to be served but I have been unable to locate that person (check and complete any that apply):

   [ ] This is what I did to try to find the other party (explain):

   _____

   _____

   [ ] I have contacted the person(s) listed below to try to find the location of the other party.

| NAME | ADDRESS |
|------|---------|
| AMERICAN EXPRESS | 20022 N 31st AVE, PHOENIX, AZ 85027 |

## OATH OR AFFIRMATION

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/29/19 _____

_____
Signature

BROOKE COLLINS
**Applicant's Printed Name**

## INFORMATION FOR SERVICE

**You must provide the following information:**

To the best of my knowledge, as of (date) _____, the last known address of the person to be served as: _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF21f - 090114
Use current version

EXHIBIT E

Person Filing: BROOKE COLLINS
Address (if not protected): 20100 N 78th PL UNIT 1203
City, State, Zip Code: SCOTTSDALE, AZ 85255
Telephone: (201) 610-7531
Email Address: BROOKE.NICHOLE.COLLINS@GMAIL.COM
Lawyer's Bar Number: _____

CHRIS DEROSE, CLERK
BY _____ DEP
G. RAMIREZ, FILED
2019 JAN 29 PM 3: 52
For Clerk's Use Only

Representing ☐ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

BROOKE COLLINS
**Name of Petitioner/Plaintiff**

Case Number: CV 2019-052593

**ORDER REGARDING DEFERRAL OR WAIVER
OF COURT FEES AND COSTS AND
NOTICE REGARDING CONSENT JUDGMENT**

AMERICAN EXPRESS / STAY WELL HEALTH
**Name of Respondent/Defendant**

---

**NOTE: ONLY FILL OUT THE ABOVE INFORMATION. THE COURT WILL FILL OUT
THE REST OF THE FORM.**

---

**THE COURT FINDS** that the applicant (print name) _Brooke Collins_

1. ☐ IS NOT ELIGIBLE FOR A DEFERRAL of fees and costs.
   **OR**

2. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and costs based on financial eligibility. As required by state law, the applicant has signed a consent to entry of judgment.
   **OR**

3. ☑ IS ELIGIBLE FOR A DEFERRAL of fees and costs at the court's discretion (A.R.S. § 12-302(L)).
   **OR**

4. ☒ IS ELIGIBLE FOR A DEFERRAL of fees and costs based on good cause shown. As required by state law, the applicant has signed a consent to entry of judgment.
   **OR**

5. ☐ IS ELIGIBLE FOR A WAIVER of fees and costs because the applicant is permanently unable to pay.
   **OR**

6. ☐ IS ELIGIBLE FOR A WAIVER of fees and costs at the court's discretion (A.R.S. § 12-302(L)).
   **OR**

7. ☐ IS NOT ELIGIBLE FOR A WAIVER of fees and costs.

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 1 of 3

GNF18f - 071017
Use current version

Case Number: _____

## IT IS ORDERED:

☐ **DEFERRAL IS DENIED** for the following reason(s):

  ☐ The application is incomplete because _____

  **You are encouraged to submit a complete application.**

  ☐ The applicant does not meet the financial criteria for deferral because _____
  _____

  A deferral MUST BE granted if the applicant is receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps; presents documentation they are currently receiving services from a non-profit legal services organization; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.

☒ **DEFERRAL IS GRANTED** for the following fees and costs in this court:

  ☒ Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

  ☒ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

  ☐ Fees for service by publication.

  ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

  ☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

  **IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:**

  ☒ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.**

  ☐ **SCHEDULE OF PAYMENTS.**
  The applicant shall pay $_____ each _____ (week, month etc.) until paid in full, beginning _____.

☐ **WAIVER IS DENIED** for all fees and costs in this case.

☐ **WAIVER IS GRANTED** for all fees and costs in this case that may be waived under A.R.S. § 12-302(H).

  ☐ Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

  ☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

  ☐ Fees for service by publication.

  ☐ Filing fees and photocopy fees for the preparation of the record on appeal.

  ☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

GNF18f - 071017
Use current version

Case Number: _____

**RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule is set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after judicial review. Judicial review shall be held as soon as reasonably possible.

**NOTICE REGARDING CONSENT JUDGMENT.** Unless any of the following applies, a consent judgment may be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment:

    **A.** Fees and costs are taxed to another party;

    **B.** The applicant has an established schedule of payments in effect and is current with those payments;

    **C.** The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

    **D.** In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

    **E.** Within twenty (20) days of the date the court denies the supplemental application, the applicant either:

        1. Pays the fees and costs; or,

        2. Requests a hearing on the court's order denying further deferral or waiver. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply.

If a consent judgment is signed and the applicant pays the fees and costs in full, the court is required to comply with the provisions of A.R.S. § 33-964(C).

**DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral or waiver shall promptly notify the court of any change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: _____1/29/19_____                                     _____

                                ☐ **Judicial Officer**     ☐ **Special Commissioner**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

Page 3 of 3

GNF18f - 071017
Use current version

EXHIBIT F

Person Filing: BROOKE COLLINS
Address (if not protected): 20100 N 78th PL UNIT 1203
City, State, Zip Code: SCOTTSDALE, AZ 85255
Telephone: (251) 610-7531
Email Address: BROOKE.NICHOLE.COLLINS@GMAIL
Lawyer's Bar Number: _____

Representing ☐ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff    OR  ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

BROOKE COLLINS

Name of Plaintiff

**Case No.:** CV2019-052593

And

AMERICAN EXPRESS & STAYWELL HEALTH MANAGEMENT

Name of Defendant

## SUMMONS

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434

or

**WARNING: This is an official document from the court that affects your rights. Read carefully.** Sponsored by the
If you do not understand it, contact a lawyer for help. Maricopa County Bar Association

**FROM THE STATE OF ARIZONA TO:** AMERICAN EXPRESS & STAYWELL HEALTH

Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   • Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   • Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   • Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR*

   • Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.   If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   - 601 West Jackson, Phoenix, Arizona 85003
   - 18380 North 40th Street, Phoenix, Arizona 85032
   - 222 East Javelina Avenue, Mesa, Arizona 85210
   - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

COPY

SIGNED AND SEALED this date                    JAN 17 2019

CLERK OF SUPERIOR COURT

CLERK OF THE SUPERIOR COURT
G. RAMIREZ
DEPUTY CLERK

By_____
                    Deputy Clerk

© Superior Court of Arizona in Maricopa County
   ALL RIGHTS RESERVED                    Page 2 of 2                    CV11f 010119

EXHIBIT G

Person Filing: BROOKE COLLINS
Address (if not protected): 20100 N 78th PL UNIT 1203
City, State, Zip Code: SCOTTSDALE, AZ 85255
Telephone: (251) 610-7531
Email Address: BROOKE.NICHOLE.COLLINS@GMAIL.COM
Lawyer's Bar Number: _____

**COPY**

JAN 29 2019

CLERK OF THE SUPERIOR COURT
G. RAMIREZ
DEPUTY CLERK

Representing ☐ Self, without a Lawyer  or  ☐ Attorney for  ☐ Plaintiff  OR  ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

BROOKE COLLINS
_____
Name of Plaintiff

AMERICAN EXPRESS / STAYWELL HEALTH
_____
Name of Defendant

Case Number: CV 2019-052593

Title: **PLAINTIFF'S DEMAND for JURY TRIAL**

Plaintiff, BROOKE COLLINS, demands a trial by jury in this case. If this
        *(Name of Plaintiff)*

case is sent to compulsory arbitration, Plaintiff demands a trial by jury if there is an appeal

from that compulsory arbitration.

Dated this 1/25/19
        *(Date of signature)*

_____
*(Signature of Plaintiff or Plaintiff's Attorney)*

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 1 of 1

CVC11f 050718

EXHIBIT H

Amy J. Gittler (State Bar No. 004977)
Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Amy.Gittler@jacksonlewis.com
Monica.Ryden@jacksonlewis.com
Attorneys for Defendant American
Express

ARIZONA SUPERIOR COURT

MARICOPA COUNTY

| | |
|---|---|
| Brooke Collins,<br><br>        Plaintiff,<br><br>vs.<br><br>American Express; Stay Well Health Management,<br><br>        Defendants. | Case No:  CV2019-052593<br><br><br>**NOTICE OF FILING NOTICE OF REMOVAL** |

Please take notice that pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant American Express has removed this action from this Court to the U.S. District Court for the District of Arizona.  A true and correct copy of the Notice of Removal filed with the District Court (without attachments) is attached as Exhibit 1.  As provided in 28 U.S.C. § 1446(d), this Notice effects the removal of this action, and this Court shall proceed no further unless and until this case is remanded.

DATED this March 19, 2019.

JACKSON LEWIS P.C.

By: /s/ *Amy J. Gittler*
    Amy J. Gittler
    Monica M. Ryden
    Attorneys for Defendant American Express

The foregoing e-filed
March 19, 2019.

**COPY** of the foregoing sent by email and
U.S. mail on March 19, 2019 to:

Brooke Collins
20100 N. 78th Place, Unit 1203
Scottsdale, AZ 85255
Brooke.Nichole.Collins@gmail.com
Plaintiff Pro Se


By:___/s/ Amalia Tafoya_____


4835-1777-2681, v. 2

2